1
2
3
4
5
6
**UNITED STATES DISTRICT COURT**
7
**DISTRICT OF NEVADA**
8
Case # ___2:25-cv-00551-JCM-EJY___

9
Amirhossein Marandi, et al.,                    )
                                                )
10                       Plaintiff(s),           )    **VERIFIED PETITION FOR**
                                                )    **PERMISSION TO PRACTICE**
11            vs.                                )    **IN THIS CASE ONLY BY**
                                                )    **ATTORNEY NOT ADMITTED**
                                                )    **TO THE BAR OF THIS COURT**
12   Pamela Bondi, et al.,                       )    **AND DESIGNATION OF**
                                                )    **LOCAL COUNSEL**
13                                               )
                                                )
14                       Defendant(s).           )    FILING FEE IS $250.00

15

16           ___Shabnam Lotfi___, Petitioner, respectfully represents to the Court:
                  (name of petitioner)
17
        1.      That Petitioner is an attorney at law and a member of the law firm of
18
                               ___Lotfi Legal LLC___
19                                    (firm name)

20   with offices at _____P.O. Box 64_____,
                                       (street address)
21
         ___Madison___,          ___Wisconsin___,      ___53701___,
22           (city)                   (state)           (zip code)

23      ___(608) 259-6226___,      ___shabnam@lotfilegal.com___.
        (area code + telephone number)        (Email address)
24
        2.      That Petitioner has been retained personally or as a member of the law firm by
25
                      ___Plaintiffs___ to provide legal representation in connection with
26                      [client(s)]

27   the above-entitled case now pending before this Court.

28                                                                Rev. 5/16

3.    That since _____09/12/2012_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____Wisconsin_____
                                                                                      (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Wisconsin | 09/12/2012 | 1090020 |
| U.S. District Court for the Eastern District of WI | 12/04/2017 | None |
| U.S. District Court for the Western District of WI | 01/07/2020 | None |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.  That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.  That Petitioner is a member of good standing in the following Bar Associations.

American Immigration Lawyers Association, State Bar of Wisconsin

8.  Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Wisconsin_____  )
                                )
COUNTY OF _____Dane_____      )

_____Shabnam Lotfi_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__3rd__ day of __April__, __2025__.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Martin L. Welsh_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____199 N. Arroyo Grande Blvd., Ste. 200_____,
(street address)

_____Henderson_____, _____Nevada_____, _____89074_____,
(city)                    (state)              (zip code)

_____(702) 434-3444_____, _____mwelsh@lvlaw.com_____.
(area code + telephone number)     (Email address)

4

Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  ## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7  The undersigned party(ies) appoint(s) _____ Martin L. Welsh _____ as
                                            (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
    (party's signature)

11  Plaintiff         Amirhosein Marandi
                      _____
12  (type or print party name, title)

13  _____
    (party's signature)
14

15  _____
    (type or print party name, title)
16

17  ### CONSENT OF DESIGNEE
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20  _____
    Designated Resident Nevada Counsel's signature

21  8720                 mwelsh@lvlaw.com
    Bar number           Email address
22

23

    **APPROVED:**
24
    Dated: April 15, 2025.
25

26  _____
    UNITED STATES DISTRICT JUDGE
27

28                      5                              Rev. 5/16



Samuel A. Christensen
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, Sheelah Guild, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

### *SHABNAM LOTFI*

*was admitted to practice as an attorney within this state on September 12, 2012 and is presently in good standing in this court.*

*Dated: June 12, 2024*

*SHEELAH GUILD*
*Chief Deputy Clerk of Supreme Court*



AP-7000, 03/2005 Certificate of Good Standing