SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMIRHOSSEIN MARANDI, et al,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, et al,<br><br>Defendants. | Case No. 2:25-cv-00551-JCM-EJY<br><br>**Stipulation to Extend Time for Defendants to Respond to Plaintiffs' Complaint**<br>**(First Request)** |

    Plaintiffs Amirhossein Marandi, Javad Marandi, and Forouzandeh Tajdar; and Defendants Pamela Bondi and the United States of America (the "Parties") stipulate to and request a 60-day extension of time for the Defendants to file an answer or respond to Plaintiffs' Complaint.

    This extension is made in good faith. The Parties have been in communication and diligently working to resolve this case in the most efficient manner.

///
///
///
///
///

Accordingly, the Parties respectfully request that the deadline for the Defendants to file an answer or respond to Plaintiffs' Complaint be extended to **August 25, 2025**.

Respectfully submitted this 27th day of June 2025.

| | |
|---|---|
| LOTFI LEGAL LLC | SIGAL CHATTAH<br>United States Attorney |
| */s/ Shabnam Lotfi*<br>SHABNAM LOTFI<br>Wisconsin Bar No. 1090020<br>P.O. Box 64<br>Madison, WI 53701 | */s/ Tamer B. Botros*<br>TAMER B. BOTROS<br>Assistant United States Attorneys<br><br>*Attorneys for Federal Defendants* |
| *Attorneys for Plaintiffs* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 27, 2025